THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AIRBUS S.A.S, a *societe par action simplifiee* organized under the laws of France,<br><br>    Plaintiff,<br><br>v.<br><br>AVIATION PARTNERS, INC., a Washington corporation,<br><br>    Defendant. | Case No. 2:12-cv-01228-JLR<br><br>**STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>NOTED: SEPTEMBER 15, 2015 |

Plaintiff and Defendant, through their respective attorneys of record, hereby stipulate to entry of an Order dismissing with prejudice all claims and counter-claims, asserted in this litigation against any party. Each party shall bear its own costs and attorneys' fees incurred as a result of this action.

DATED:

| | |
|---|---|
| ARNOLD & PORTER LLP | LANE POWELL PC |
| By /s Thad T. Dameris<br>   Thad T. Dameris (Admitted Pro Hac Vice)<br>   Thad.Dameris@aporter.com<br>   Suite 1600<br>   700 Louisiana Street<br>   Houston, TX 77002-2755 | By /s Brian G. Bodine<br>   Brian G. Bodine, WSBA No. 22414<br>   bodineb@lanepowell.com<br>   1420 Fifth Avenue, Suite 4200<br>   P.O. Box 91302<br>   Seattle, WA 98111-1302 |
| Attorneys for Plaintiff | Attorneys for Defendant |

STIPULATED DISMISSAL OF ALL CLAIMS WITH
PREJUDICE - 1
No. 2:12-cv-01228-JLR

115940.0029/6436463.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

**ORDER**

Based on the above stipulation of the parties, all claims and counterclaims asserted in this action by both parties are hereby DISMISSED WITH PREJUDICE, and without costs or fees to any party.

DATED this 18th day of September, 2015.

_____
JAMES L. ROBART
United States District Judge

Presented by:

LANE POWELL PC

By */s* Brian G. Bodine
    Brian G. Bodine, WSBA No. 22414
    bodineb@lanepowell.com
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, WA 98111-1302

Attorneys for Defendant

ARNOLD & PORTER LLP

By /s Thad T. Dameris
    Thad T. Dameris (Admitted Pro Hac Vice)
    Thad.Dameris@aporter.com
    Suite 1600
    700 Louisiana Street
    Houston, TX 77002-2755

Attorneys for Plaintiff

STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE - 2
No. 2:12-cv-01228-JLR
115940.0029/6436463.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of September, 2015, I electronically field the foregoing with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

There are no non-CM/ECF parties in this action.

Executed on the 15th day of September, 2015, at Seattle, Washington.

Nancy Slocum, legal assistant

115940.0029/6436463.1

STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE - 3
NO. 2:12-CV-01228-JLR

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107